UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20281-MARTINEZ/BECERRA

UNITED STATES OF AMERICA

v.

ALLAN LUCAS,
DIANA GRISALES BASTO, and
CARLOS MORALES,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Government's Motion to Unseal Search Warrants.

Being fully advised, IT IS HEREBY ORDERED that the following search warrants be unsealed:

a) 21-mj-02893-O'Sullivan;
b) 21-mj-03014-Goodman;
c) 21-mj-03033-Goodman;
d) 21-mj-03314-O'Sullivan;
e) 21-mj-03315-O'Sullivan;
f) 21-mj-03339-Torres;
g) 21-mj-03428-Becerra;
h) 21-mj-03662-Becerra;
i) 21-mj-03739-Torres;
j) 21-mj-03852-McAliley;
k) 21-mj-03995-Reid;
l) 21-mj-03996-Reid;
m) 21-mj-04017-McAliley;
n) 21-mj-04023-O'Sullivan;
o) 21-mj-04384-Torres;
p) 22-mj-02396-Otazo-Reyes;
q) 22-mj-02445-Louis; and
r) 22-mj-02722-Goodman.

DONE AND ORDERED in chambers at Miami, Florida, this __20__ day of July, 2022.

_____
HONORABLE JOSE M. MARTINEZ
UNITED STATES DISTRICT JUDGE